**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § | |
| **Plaintiff**, | § § | |
| **v.** | § § | **Case No.:  4:26-cv-2721** |
| **AARON VERDUGO,** **VERDUGO ENTERPRIZES, LLC** **D/B/A BDAASWORX, AND** **BDAAS INC.,** | § § § § § | |
| **Defendant.** | § § § | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

The Securities and Exchange Commission is unaware of any person or entity, other than the Defendants and their investors, who have a financial interest in the outcome of this litigation.

DATED:  April 6, 2026

Respectfully submitted,

/s/ Matthew J. Gulde
Illinois Bar No. 6272325
Securities and Exchange Commission
Burnett Plaza, Suite 1900
801 Cherry Street, Unit 18 Fort Worth, TX 76102
Telephone: (817) 978-3821
Facsimile: (817) 978-4927
guldem@sec.gov

Attorney for Plaintiff
Securities and Exchange Commission

1